**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 654 MAL 2017

           Respondent          :

                                      :    Petition for Allowance of Appeal from

                                      :    the Order of the Superior Court

             v.                     :

                                       :

ERIC COXRY,                        :

                                       :

           Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 28th day of March, 2018, the Petition for Allowance of Appeal is **DENIED**.